## Emanuel Schwartz, Appellant, v. William Schwartz, Appellee.

### Gen. No. 10,038.

Opinion filed April 18, 1947; rehearing denied and original opinion modified June 30, 1947; motion by appellant to modify the modified opinion denied, July 10, 1947; modified opinion slightly further modified July 10, 1947; released for publication July 10, 1947. Franklin J. Stransky, for appellant; Poppenhusen, Johnston, Thompson & Raymond and Snyder & Clarke, for appellee; Floyd E. Thompson and Gerald C. Snyder, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.